UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER E. GARNER, | Case No. CV 13-8076 SVW(JC) |
| Petitioner, | |
| v. | JUDGMENT |
| P.D. BRAZELTON, | |
| Respondent. | |

Pursuant to this Court's Order Dismissing Petition for Writ of Habeas Corpus without Prejudice, IT IS ADJUDGED that the Petition for Writ of Habeas Corpus filed in this action is dismissed without prejudice.

DATED: November 12, 2013

_____
HONORABLE STEPHEN V. WILSON
UNITED STATES DISTRICT JUDGE